UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY RODRIGUEZ,

                Plaintiff,

– against –

JAMAICA ONE STOP SHOP RESTAURANT INC., GRAFTON ANDERSON, and JOHN DOES #1–10,

                Defendants.

**ORDER**

16 Civ. 1507 (ER)

Ramos, D.J.:

    On April 8, 2019, the parties were directed to provide a status report by April 22, 2019. Doc. 12. Neither party did so. The parties are hereby ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated: April 6, 2020
          New York, New York

                                                            Edgardo Ramos, U.S.D.J.